UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 2:18-cr-20800

v.

Honorable Stephen J. Murphy, III

RAJENDRA BOTHRA
GANIU EDU
DAVID LEWIS
CHRISTOPHER RUSSO,

        Defendants.

## **VERDICT FORM**

We, the jury in the above-empaneled case, find the defendant, **RAJENDRA BOTHRA**,

As to Count One, Health Care Fraud Conspiracy:

Not Guilty _BLB_     Guilty _____

As to Count Two, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Three, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Four, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Five, Health Care Fraud Aiding and Abetting:

Not Guilty _B∠B_____   Guilty _____

As to Count Six, Health Care Fraud Aiding and Abetting:

Not Guilty _B∠B_____   Guilty _____

As to Count Seven, Health Care Fraud Aiding and Abetting:

Not Guilty _B∠B_____   Guilty _____

As to Count Eight, Health Care Fraud Aiding and Abetting:

Not Guilty ___B∠B___   Guilty _____

As to Count Nine, Health Care Fraud Aiding and Abetting:

Not Guilty __B∠B____   Guilty _____

As to Count Ten, Health Care Fraud Aiding and Abetting:

Not Guilty _B∠B_____   Guilty _____

As to Count Eleven, Health Care Fraud Aiding and Abetting:

Not Guilty _B∠B_____   Guilty _____

As to Count Twelve, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Thirteen, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Forty-Three, Conspiracy to Distribute and Possess with Intent to Distribute the Controlled Substance Hydrocodone-Acetaminophen:

Not Guilty _BLB_     Guilty _____

As to Count Forty-Four, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Forty-Five, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

As to Count Forty-Six, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _BLB_     Guilty _____

We, the jury in the above-empaneled case, find the defendant, **GANIU EDU**,

As to Count One, Health Care Fraud Conspiracy:

Not Guilty _BLB_     Guilty _____

54

As to Count Nineteen, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____   Guilty _____

As to Count Twenty, Health Care Fraud Aiding and Abetting:

Not Guilty __BLB____   Guilty _____

As to Count Twenty-One, Health Care Fraud Aiding and Abetting:

Not Guilty __BLB____   Guilty _____

As to Count Twenty-Two, Health Care Fraud Aiding and Abetting:

Not Guilty __B LB___   Guilty _____

As to Count Twenty-Three, Health Care Fraud Aiding and Abetting:

Not Guilty __BLB____   Guilty _____

As to Count Twenty-Four, Health Care Fraud Aiding and Abetting:

Not Guilty __BLB____   Guilty _____

As to Count Twenty-Five, Health Care Fraud Aiding and Abetting:

Not Guilty __BLB____   Guilty _____

As to Count Twenty-Six, Health Care Fraud Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

As to Count Twenty-Seven, Health Care Fraud Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

As to Count Twenty-Eight, Health Care Fraud Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

As to Count Twenty-Nine, Health Care Fraud Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

As to Count Forty-Three, Conspiracy to Distribute and Possess with Intent to Distribute the Controlled Substance Hydrocodone-Acetaminophen:

Not Guilty _____BLB_____ Guilty _____

As to Count Fifty-One, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

As to Count Fifty-Two, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _____BLB_____ Guilty _____

We, the jury in the above-empaneled case, find the defendant, **DAVID LEWIS**,

As to Count One, Health Care Fraud Conspiracy:

Not Guilty _BLB_      Guilty _____

As to Count Thirty, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_      Guilty _____

As to Count Thirty-One, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_      Guilty _____

As to Count Forty-Three, Conspiracy to Distribute and Possess with Intent to Distribute the Controlled Substance Hydrocodone-Acetaminophen:

Not Guilty _BLB_      Guilty _____

As to Count Fifty-Three, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _BLB_      Guilty _____

We, the jury in the above-empaneled case, find the defendant, **CHRISTOPHER RUSSO**,

As to Count One, Health Care Fraud Conspiracy:

Not Guilty _BLB_      Guilty _____

57

As to Count Thirty-Two, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

As to Count Thirty-Three, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

As to Count Thirty-Four, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

As to Count Thirty-Five, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

As to Count Thirty-Six, Health Care Fraud Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

As to Count Forty-Three, Conspiracy to Distribute and Possess with Intent to Distribute the Controlled Substance Hydrocodone-Acetaminophen:

Not Guilty _BLB_____     Guilty _____

As to Count Fifty-Four, Unlawful Distribution of the Controlled Substance Hydrocodone-Acetaminophen Aiding and Abetting:

Not Guilty _BLB_____     Guilty _____

Date: 29 June 2022

58