UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 RAJENDRA BOTHRA,
D-3 GANIU EDU,
D-4 DAVID LEWIS,
D-5 CHRISTOPHER RUSSO,

        Defendants.
        _____/

Case No. 2:18-cr-20800

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT OF ACQUITTAL

**IT IS ORDERED AND ADJUDGED** that, pursuant to the jury verdict returned on June 29, 2022 in open Court the defendants referenced in the above case caption are hereby acquitted.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: s/ D. Parker
        Deputy Clerk

Dated: July 20, 2022

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2022, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager